UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1:07CR123-TSE |
| ) | |
| vs. ) | |
| ) | |
| ) | FILED |
| 2) HAROLD DENVER SHEPHERD ) | ASHEVILLE, N.C. |
| 3) JACKIE DWAYNE JENKINS II ) | MAR 19 2008 |
| 7) WESTERN AMUSEMENT, INC. ) | U.S. DISTRICT COURT |
| | W. DIST. OF N.C. |

### ORDER TO DISMISS

Upon the motion of the United States of America, the Court hereby orders that the Superseding Bill of Indictment in this matter be dismissed as to the above-captioned defendants.

SO ORDERED, this the 19th day of March, 2008.

T. S. ELLIS, III
UNITED STATES DISTRICT JUDGE

/s/
T. S. Ellis, III
United States District Judge